| Attorney or Party without Attorney:<br>JOON SONG (SBN 281391)<br>L&F BROWN, P.C<br>6430 Sunset Blvd., Suite 505<br>Los Angeles, CA 90028<br>Telephone No: (213) 584-2300<br>Attorney For: Plaintiff | | | Ref. No. or File No.:<br>6220 | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court for the Northern District of California | | | | |
| Plaintiff: JUSTINE SINCLAIR, an individual; ET AL<br>Defendant: AGILE WEB STUDIOS, a business entity of unknown origin; ET AL | | | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:23-cv-02690-NC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Civil Cover Sheet; Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement; Civil Standingorder Magistrate Judge Nathanael M. Cousins; Order Setting Initial Case Management Conference and ADR Deadlines

3. a. Party served:    DYNAMIC DIGITAL SOLUTIONS, LLC, a Virginia limited liability company
   b. Person served:   Ali Alam, Registered Agent, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   44088 Saxony Ter, Ashburn, VA 20147

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Jun 07, 2023 (2) at: 08:39 PM

6. Person Who Served Papers:
   a. Michael Mantyla
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. The Fee for Service was: $287.05

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

6/12/23
(Date)

(Signature)



PROOF OF SERVICE

8997070
(5341615)