| | |
|---|---|
| 1 | Haroon Manjlai (SBN 310822) |
| 2 | Email: hmanjlai@khanlegal.com |
| 3 | **KHAN LAW GROUP, LC** |
| | 9431 Haven Ave., Suite 100 |
| 4 | Rancho Cucamonga, CA  91730 |
| 5 | Telephone: (626) 262-4012 |
| | Facsimile: (626) 628-3275 |
| 6 | |
| 7 | Attorneys for Defendant |
| | DYNAMIC DIGITAL SOLUTIONS, LLC |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | JUSTINE SINCLAIR, an individual; DREAMOWAY, INC., a Delaware corporation, | **CASE NO. 4:23-cv-02690-HSG** |
| 13 | | |
| 14 | | **STIPULATION AND ORDER TO SET ASIDE THE DEFAULT OF DEFENDANT DYNAMIC DIGITAL SOLUTIONS, LLC, AND TO FILE AN ANSWER TO INITIAL COMPLAINT WITHIN 10 DAYS THEREOF;** |
| 15 | Plaintiff, | |
| 16 | v. | |
| 17 | | |
| 18 | AGILE WEB STUDIOS, a business entity of unknown origin; DYNAMIC DIGITAL SOLUTIONS, LLC, a Virginia limited liability company; VTLOGODESIGN, INC., a Florida corporation; ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company; RFK TECHNOLOGIES LTD., a United Kingdom limited company; TYLER SCOTT, an individual; ALEX MARTIN, an individual; and DOES 1 through 100, inclusive, | Date Filed: 05/31/2023 |
| 19 | | |
| 20 | | Trial Date: none set |
| 21 | | District Judge: Hon. Judge Haywood S. Gilliam, Jr |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | Defendants. | |

# STIPULATION AND REQUEST TO EXTEND TIME TO FILE AN ANSWER TO INITIAL COMPLAINT

Plaintiffs JUSTINE SINCLAIR, and DREAMOWAY, INC. ("Plaintiffs"), and Defendant DYNAMIC DIGITAL SOLUTIONS, LLC ("Defendant") jointly stipulate and request the Court that Defendant DYNAMIC DIGITAL SOLUTIONS, LLC's default be set aside, and that Defendant be allowed to file its Answer within 10 days of entry of the order to set aside the Default. The parties have agreed that 10 days is a reasonable and sufficient time within which to file DYNAMIC DIGITAL SOLUTIONS, LLC's responsive pleading.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: September 7, 2023      **KHAN LAW GROUP, LC**

By: *Haroon Manjlai*
Haroon Manjlai,

Attorneys for Defendants
DYNAMIC DIGITAL SOLUTIONS, LLC


Dated: September 7, 2023      **L&F BROWN, P.C.**

By: *Joyce Ma*
Joyce Ma

Attorneys for Plaintiffs
JUSTINE SINCLAIR, and DREAMOWAY, INC.

# ORDER

Pursuant to the Parties' stipulation, **IT IS SO ORDERED**, that Defendant DYNAMIC DIGITAL SOLUTIONS, LLC's Default be set aside, and that Defendant DYNAMIC DIGITAL SOLUTIONS, LLC shall file its Answer within 10 days of the entry of this Order.

Dated: 9/8/2023

By: *[signature: Haywood S. Gilliam Jr.]*

Judge Haywood S. Gilliam, Jr