UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTINE SINCLAIR, et al., | Case No. 23-cv-02690-HSG |
| Plaintiffs, | **SCHEDULING ORDER** |
| v. | |
| AGILE WEB STUDIOS, et al., | |
| Defendants. | |

A case management conference was held on September 5, 2023. Having considered the parties' proposals, *see* Dkt. No. 33, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | November 3, 2023 |
| Close of Fact Discovery | February 2, 2024 |
| Exchange of Opening Expert Reports | February 16, 2024 |
| Exchange of Rebuttal Expert Reports | March 1, 2024 |
| Close of Expert Discovery | March 15, 2024 |
| Dispositive Motion Hearing Deadline | May 9, 2024, at 2:00 p.m. |
| Pretrial Conference | August 13, 2024, at 3:00 p.m. |
| Jury Trial (4 days) | August 26, 2024, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 10/2/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge