✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

JUSTINE SINCLAIR, et al.
                  Plaintiff (s),

V.

AGILE WEB STUDIOS, et al.
                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:23-cv-02690-HSG

Notice is hereby given that, subject to approval by the court, __JUSTINE SINCLAIR__ substitutes
(Party (s) Name)

__JOYCE H. MA__ , State Bar No. __274140__ as counsel of record in
(Name of New Attorney)

place of __Jeremy Wang, Joon Song, and L&F BROWN, P.C.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     COHEN LAW GROUP
    Address:     1901 AVENUE OF THE STARS, SUITE 200, Los Angeles, CA 90067
    Telephone:     (949) 313-8985     Facsimile
    E-Mail (Optional):     JOYCE.MA@COHENLAWGROUPLA.COM

I consent to the above substitution.
Date: 02 / 06 / 2024

*(Signature of Party (s))*

I consent to being substituted.
Date: 02 / 07 / 2024

Joon Song, on behalf of himself;
Jeremy Wang, on behalf of himself;
Curt Brown, on behalf of L&F Brown

I consent to the above substitution.
Date: 2/5/2024

*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/14/2024

*Judge*

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]