UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTINE SINCLAIR, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>AGILE WEB STUDIOS, et al.,<br><br>          Defendants. | Case No. 23-cv-02690-HSG  (SK)<br><br>**ORDER TO SHOW CAUSE** |

On February 1, 2024, Plaintiffs moved for three orders to compel depositions of corporate Defendants. (Dkt. Nos. 64, 65, 66.) The District Court referred discovery to the undersigned (Dkt. No. 67), and on February 9, 2024, Plaintiffs explained Plaintiffs' efforts to comply with this Court's meet-and-confer and joint discovery letter requirements in a letter filed with the Court. (Dkt. No. 69.) In short, counsel for Defendants were nonresponsive. On February 12, 2024, the Court set a discovery hearing in order to address the lack of communication from Defense counsel as well as the discovery issues. (Dkt. No. 70.) On that same date, counsel for Defendants moved the District Court to allow them to withdraw as attorneys for Defendants. That motion is scheduled to be heard by the Hon. Haywood S. Gilliam Jr. on March 21, 2024. (Dkt. No. 71.)

On February 26, 2024, Defense counsel failed to appear before this Court for the discovery hearing. Because the motion to withdraw remains pending, counsel for Defendants are still currently obligated to comply with this Court's orders and to appear at scheduled hearings. Therefore, counsel for Defendants are HEREBY ORDERED to Show Cause in writing by no later than March 4, 2024, why this Court should not impose sanctions of $500 for each attorney representing Defendants, for failure to comply with this Court's standing order and for failure to appear at the discovery hearing.

/ / /

Should Defendants fail to respond by this deadline, the Court will impose the sanctions without further notice.

**IT IS SO ORDERED**.

Dated: February 26, 2024

_____
SALLIE KIM
United States Magistrate Judge