1  JOYCE H. MA (SBN: 274140)
   joyce.ma@cohenlawgroupla.com
2  **COHEN LAW GROUP**
   1901 Avenue of the Stars, Suite 200
3  Los Angeles, CA 90067
4  Telephone: (310) 443-2149

5  *Attorneys for Plaintiffs*
   JUSTINE SINCLAIR and DREAMOWAY, INC.
6

7                    **UNITED STATES DISTRICT COURT**

8                   **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTINE SINCLAIR, an individual; DREAMOWAY, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGILE WEB STUDIOS, a business entity of unknown origin; DYNAMIC DIGITAL SOLUTIONS, LLC, a Virginia limited liability company; VTLOGODESIGN, INC., a Florida corporation; ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company; RFK TECHNOLOGIES LTD., a United Kingdom limited company; TYLER SCOTT, an individual; ALEX MARTIN, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No.: 4:23-cv-02690-HSG(SK)**<br>*Case Assigned to:*<br>*Hon. Haywood S. Gilliam, Jr.*<br>*Magistrate Judge Sallie Kim*<br><br>**ORDER ON PLAINTIFFS' REQUEST FOR REMOTE APPEARANCE TO THE HEARING ON THE MOTION TO WITHDRAW (as modified)**<br><br>**Date:**       **March 21, 2024**<br>**Time:**       **2:00 p.m.**<br><br><br>Action Filed: May 31, 2023<br>Trial:         Not Yet Set |

22  ///

23  ///

24  ///

                              1
                            ORDER

**ORDER**

On March 12, 2024, Plaintiffs JUSTINE SINCLAIR and DREAMOWAY, INC.'s ("Plaintiffs") filed their Request for Remote Appearance to the Hearing on the Motion to Withdraw. The Court, having considered the papers filed, **FIND** and **RULE** as follows:

1. Counsel for Plaintiffs has demonstrated good cause to appear remotely at the March 21, 2024 hearing re: Counsel for Defendants Dynamic Digital Solutions, LLC and One Stop Computer Servcies LLC's Motion to Withdraw (the "Hearing").

2. Counsel for Plaintiffs' Request to appear remotely is **GRANTED**.

3. Counsel for Plaintiffs shall appear remotely at the Hearing via the Zoom dial-in information provided to counsel by the CRD via e-mail.

**IT IS SO ORDERED.**

Dated: 3/13/2024                By: _/s/ Haywood S. Gilliam, Jr._
                                Judge Haywood S. Gilliam, Jr.