JOYCE H. MA (SBN: 274140)
joyce.ma@cohenlawgroupla.com
**COHEN LAW GROUP**
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Telephone: (310) 443-2149

*Attorneys for Plaintiffs*
JUSTINE SINCLAIR and DREAMOWAY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTINE SINCLAIR, an individual; DREAMOWAY, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGILE WEB STUDIOS, a business entity of unknown origin; DYNAMIC DIGITAL SOLUTIONS, LLC, a Virginia limited liability company; VTLOGODESIGN, INC., a Florida corporation; ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company; RFK TECHNOLOGIES LTD., a United Kingdom limited company; TYLER SCOTT, an individual; ALEX MARTIN, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No.: 4:23-cv-02690-HSG(SK)**<br>*Case Assigned to:*<br>*Hon. Haywood S. Gilliam, Jr.*<br>*Magistrate Judge Sallie Kim*<br><br>**ORDER OF DISMISSAL**<br><br><br><br><br><br><br><br><br><br><br><br><br>Action Filed:  May 31, 2023<br>Trial:              Not Yet Set |

///

///

///

1

ORDER

Pursuant to the stipulation of the parties under Rules 41(a) and (c) of the Federal Rules of Civil Procedure, IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, counterclaims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. As a condition of dismissal, and as provided by Section 664.6 of the California Code of Civil Procedure and other applicable state and federal law, the Court shall retain jurisdiction to supervise and enforce the terms of the settlement.

Dated: 8/26/2024

Hon. HAYWOOD S. GILLIAM, JR.
United States District Judge