JOYCE H. MA (SBN: 274140)
joyce.ma@cohenlawgroupla.com
**COHEN LAW GROUP**
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Telephone: (310) 443-2149

*Attorneys for Plaintiffs*
JUSTINE SINCLAIR and DREAMOWAY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTINE SINCLAIR, an individual; DREAMOWAY, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> AGILE WEB STUDIOS, a business entity of unknown origin; DYNAMIC DIGITAL SOLUTIONS, LLC, a Virginia limited liability company; VTLOGODESIGN, INC., a Florida corporation; ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company; RFK TECHNOLOGIES LTD., a United Kingdom limited company; TYLER SCOTT, an individual; ALEX MARTIN, an individual; and DOES 1 through 100, inclusive, <br><br> Defendants. | **Case No.: 4:23-cv-02690-HSG** <br><br> *Case Assigned to:* <br> *Hon. Haywood S. Gilliam, Jr.* <br> *Magistrate Judge Sallie Kim* <br><br> **ORDER ON PLAINTIFFS' REQUEST FOR EXTENSION OF TIME TO FILE THEIR MOTION FOR DEFAULT JUDGMENT (as modified)** <br><br><br> Action Filed:  May 31, 2023 <br> Trial:              Not Yet Set |

///

///

///

1
ORDER

# ORDER

On August 29, 2024, in the above captioned Court before the Honorable Haywood S. Gilliam, Jr., Plaintiffs JUSTINE SINCLAIR and DREAMOWAY, INC.'s ("Plaintiffs") filed their Request for Extension of Time to File Their Motion for Default Judgment. The Court, having considered the papers filed and the complete files and record of this case, and for good cause shown, **FINDS** and **RULES** Plaintiffs are granted an extension of time to file their motion for default judgment to October 3, 2024.

**IT IS THEREFORE ORDERED** that Plaintiffs shall file their Motion for Default Judgment no later than October 3, 2024.

**IT IS SO ORDERED.**

Dated: 9/4/2024

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge