JOYCE H. MA (SBN: 274140)
joyce.ma@cohenlawgroupla.com
**COHEN LAW GROUP**
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Telephone: (310) 443-2149

*Attorneys for Plaintiffs*
JUSTINE SINCLAIR and DREAMOWAY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTINE SINCLAIR, an individual; DREAMOWAY, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGILE WEB STUDIOS, a business entity of unknown origin; DYNAMIC DIGITAL SOLUTIONS, LLC, a Virginia limited liability company; VTLOGODESIGN, INC., a Florida corporation; ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company; RFK TECHNOLOGIES LTD., a United Kingdom limited company; TYLER SCOTT, an individual; ALEX MARTIN, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No.: 4:23-cv-02690-HSG**<br><br>*Case Assigned to:*<br>*Hon. Haywood S. Gilliam, Jr.*<br>*Magistrate Judge Sallie Kim*<br><br>**ORDER ON PLAINTIFFS' REQUEST FOR EXTENSION OF TIME TO SERVE DEFENDANTS AND FILE REQUEST FOR DEFAULT**<br><br>*[Filed concurrently with Request and Declaration of Joyce Ma]*<br><br><br>Action Filed:  May 31, 2023<br>Trial:             Not Set |

///

///

///

1
ORDER

**ORDER**

On November 5, 2024, in the above captioned Court before the Honorable Haywood S. Gilliam, Jr., Plaintiffs JUSTINE SINCLAIR and DREAMOWAY, INC.'s ("Plaintiffs") filed their Request for Extension of Time to Serve Defendants and File Request for Default.

The Court, having considered the papers filed and the complete files and record of this case, and for good cause shown, **FINDS** and **RULES** Plaintiffs requests are granted.

**IT IS THEREFORE ORDERED** that the deadline to serve the operative complaint and file any requests for default shall be no later than January 6, 2025.

**IT IS SO ORDERED.**

Dated: 11/6/2024

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge