UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Justine Sinclair, an individual, et al,

Plaintiff,

v.

Agile Web Studios, et al.,

Defendant.

Case No. 4:23-cv-02690-HSG

**MOTION TO SUBSTITUTE LAW FIRM; ORDER**

On behalf of (party name) Justine Sinclair, DreamOway, Inc., the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Jacqueline M. Simonovich, Weintraub Tobin

Name(s) of counsel withdrawing from representation and firm name:

Joyce H. Ma, Cohen Law Group

Date: December 2, 2024

**ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date:  12/3/2024

_____
UNITED STATES DISTRICT JUDGE

#4332184v1