Jacqueline M. Simonovich, State Bar No. 319259
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
475 Sansome Street, Suite 510
San Francisco, CA 94111
Telephone:    415 433.1400

Attorneys for Plaintiffs
Justine Sinclair and
Dreamoway, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTINE SINCLAIR, an individual; DREAMOWAY, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AGILE WEB STUDIOS, a business entity of unknown origin; DYNAMIC DIGITAL SOLUTIONS, LLC, a Virginia limited liability company; VTLOGODESIGN, INC., a Florida corporation; ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company; RFK TECHNOLOGIES LTD., a United Kingdom limited company; TYLER SCOTT, an individual; ALEX MARTIN, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No.: 4:23-cv-02690-HSG**<br>*Case Assigned to:*<br>*Hon. Haywood S. Gilliam, Jr.*<br><br>**ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT, FILE REQUEST FOR DEFAULT, AND FILE MOTION FOR DEFAULT JUDGMENT**<br><br>Action Filed:   May 31, 2023<br>Trial:   Not Yet Set |

{3857024.DOCX:}                                     1                             Case No. 4:23-cv-02690-HSG
ORDER ON
PLAINTIFFS' ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT, FILE
REQUEST FOR DEFAULT, AND FILE MOTION FOR DEFAULT JUDGMENT
#4361177v1

**ORDER**

On December 19, 2024, in the above-captioned Court before the Honorable Haywood S. Gilliam, Jr., Plaintiffs JUSTINE SINCLAIR and DREAMOWAY, INC. ("Plaintiffs") filed their Administrative Motion for Extension of Time to Serve Defendant, File Request for Default, and File Motion for Default Judgment.

The Court, having considered the papers filed and the complete files and record of the case, and for good cause shown, hereby **ORDERS** as follows:

Plaintiffs' request for an extension until **February 19, 2024** to serve Defendant MUHAMMAD USMAN KHAN ("Khan"), File a Request for Default as to Khan, and File a Motion for Default Judgment as to all Defaulting Defendants is **GRANTED.**

**IT IS SO ORDERED.**

Dated: 12/20/2024

*[signature]*
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge