Jacqueline M. Simonovich, State Bar No. 319259
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
475 Sansome Street, Suite 510
San Francisco, CA 94111
Telephone:    415 433.1400

Attorneys for Plaintiffs
Justine Sinclair and
Dreamoway, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTINE SINCLAIR, an individual; DREAMOWAY, INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>AGILE WEB STUDIOS, a business entity of unknown origin; DYNAMIC DIGITAL SOLUTIONS, LLC, a Virginia limited liability company; VTLOGODESIGN, INC., a Florida corporation; ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company; RFK TECHNOLOGIES LTD., a United Kingdom limited company; TYLER SCOTT, an individual; ALEX MARTIN, an individual; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | **Case No.: 4:23-cv-02690-HSG**<br>*Case Assigned to:*<br>*Hon. Haywood S. Gilliam, Jr.*<br><br>**ORDER AS MODIFIED ON MOTION TO SERVE DEFENDANT KHAN VIA ELECTRONIC MAIL**<br><br><br><br>Action Filed:    May 31, 2023<br>Trial:   Not Yet Set |

1

ORDER

Case No.: 4:23-cv-02690-HSG

#4383661v1

On January 9, 2025 at 1:00 pm, Plaintiff Justine Sinclair's and DreamOway's Motion to Approve Alternative Service of Defendant MUHAMMAD USMAN KHAN Via Electronic Service came on for hearing before the Honorable Haywood S. Gilliam, Jr. at the above-entitled Court.

Upon consideration of the Motion, supporting papers, all evidence submitted to this Court, the oral argument of counsel, and for good cause appearing, it is hereby **ORDERED**:

1) Plaintiffs will electronically serve Defendant Khan with the summonses[1], First Amended Complaint ("FAC"), and accompanying papers at the email addresses usman@khans.pk and vtlogodesignincamz@gmail.com by January 16, 2025;

2) Based on service effectuated January 16, 2025, Defendant KHAN's deadline to respond to the FAC, pursuant to Federal Rule of Civil Procedure 12(1)(B), would be February 6, 2025;

2) If Defendant Khan fails to respond to the First Amended Complaint within the time allotted by Federal Rule of Civil Procedure 12(1)(B), Plaintiffs must move for entry of default as to Defendant Khan by February 10, 2025;

3) Once the Clerk enters Default as to Defendant Khan, Plaintiffs must move for Entry of Default Judgment as to all defaulting Defendants within 10 days.

4) The Clerk is directed to issue the summonses listed on the docket as Dkt. Nos. 156 and 156-1.

**IT IS SO ORDERED.**

Dated: 1/14/2025

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

---

[1] Prior to serving Defendant Khan, Plaintiffs must submit new summonses to be issued by the Clerk with Defendant Khan's addresses in Pakistan.