UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JUSTINE SINCLAIR, et al., Plaintiffs, v. AGILE WEB STUDIOS, et al., Defendants. | Case No. 23-cv-02690-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. Nos. 197, 165 |
|---|---|

The Court has reviewed Magistrate Judge Beeler's Report and Recommendation Granting Motion for Default Judgment. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED. The Clerk shall enter judgment in accordance with the Report and Recommendation and close the file.

**IT IS SO ORDERED.**

Dated: July 24, 2025

HAYWOOD S. GILLIAM, JR.
United States District Judge