Jacqueline M. Simonovich, State Bar No. 319259
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
475 Sansome Street, Suite 510
San Francisco, CA 94111
Telephone:    415 433.1400

Attorneys for Plaintiffs
Justine Sinclair and
Dreamoway, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTINE SINCLAIR, an individual; DREAMOWAY, INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>          v.<br><br>AGILE WEB STUDIOS, a business entity of unknown origin; DYNAMIC DIGITAL SOLUTIONS, LLC, a Virginia limited liability company; VTLOGODESIGN, INC., a Florida corporation; ONE STOP COMPUTER SERVICES LLC, a Virginia limited liability company; RFK TECHNOLOGIES LTD., a United Kingdom limited company; TYLER SCOTT, an individual; ALEX MARTIN, an individual; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | **Case No.: 4:23-cv-02690-HSG**<br>*Case Assigned to:*<br>*Hon. Haywood S. Gilliam, Jr.*<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CORRECT JUDGMENT**<br><br>Action Filed:   May 31, 2023<br>Judgment:        July 24, 2025 |

On August 22, 2025, Plaintiffs JUSTINE SINCLAIR and DREAMOWAY, INC.'s ("Plaintiffs") filed their Administrative Motion to Correct Judgment.

The Court, having read and considered the papers submitted in support of said motion, and all evidence submitted to this Court, and good cause appearing, **IT IS HEREBY ORDERED** that:

1. The Clerk is directed to correct the Judgment previously entered on July 24, 2025 against Defendants Agile Web Studios; Dynamic Digital Solutions, LLC; VT Logo, Inc; One Stop Computer Services LLC; Tyler Scott; Alex Martin; and Muhammad Usman Khan, by correcting "VT Logo, Inc." to VTLogoDesign, Inc." [Dkt. 204]. The Judgment shall remain the same in all other respects.

2. The Clerk shall entered the corrected Judgment.

3. Plaintiffs' Administrative Motion to Correct Judgment is granted.

Dated:   8/26/2025

_____
HON. HAYWOOD S. GILLIAM JR.