AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN                      **District of**                    CALIFORNIA

Justine Sinclair, et al.

Plaintiff (s),

V.

Agile Web Studios, et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**  4:23-cv-02690-HSG

Notice is hereby given that, subject to approval by the court,   Justine Sinclair/DreamOWay Inc.   substitutes

(Party (s) Name)

Jacqueline M. Simonovich   , State Bar No.  319259   as counsel of record in

(Name of New Attorney)

place of   Weintraub Tobin   .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:        Benedicto & Simonovich LLP

Address:          490 Post St., Suite 500 PMB 2344, San Francisco, CA 94102

Telephone:        415-266-0952                    Facsimile

E-Mail (Optional):  jackie@bensimlaw.com

I consent to the above substitution.

Date:    04 / 01 / 2026

(Signature of Party (s))

I consent to being substituted.

Date:    4/2/26

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:    4/1/2026

*Jacqueline Simonovich*

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    4/3/2026

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**